Lucero et al. *v.* Los Herederos de Vilá.

Apelación procedente de la Corte de Distrito de Ponce.

No. 639.—Resuelto en febrero 11, 1911.

Apelación—Alimentos Provisionales—Orden Especial.—Una resolución dictada después de sentencia definitiva, decretando el pago de una pensión en concepto de alimentos provisionales, es una providencia especial, y la apelación contra ella debe interponerse dentro del término de diez días, pues de lo contrario, dicha apelación deberá desestimarse.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Julio M. Padilla.*

Abogados del apelado: *Sres. Luis Méndez Vaz y José Tous Soto.*

El Juez Presidente, Sr. Hernández, emitió la opinión del tribunal.

En el caso de Ramón Dapena, como defensor judicial de los menores hijos de Dolores Lucero, Carmen, Lucía y José Lucero, contra los herederos de José Vilá y Soler, sobre filia-

ción, después de dictada sentencia por la Corte de Distrito de Ponce, y estando pendiente dicha sentencia de recurso de apelación contra ella interpuesto, la representación de los demandantes presentó una moción a dicha corte para que se les señalara, en concepto de alimentos, la suma de cincuenta dollars pagaderos por mensualidades adelantados con cargo a la herencia de José Vilá y Soler.

Oída dicha moción, la mencionada corte dispuso. por orden de 19 de agosto de 1910, que los herederos de José Vilá y Soler pasaran a los demandantes, Carmen, Lucía y José Lucero, una pensión mensual de treinta dollars, por mensualidades adelantadas, que empezarían a contarse desde el 1°. de septiembre siguiente, y contra esta orden interpusieron los demandados recurso de apelación para ante este Tribunal Supremo, con fecha 2 de septiembre citado.

No podemos considerar y resolver tal recurso por faltarnos jurisdicción para ello, pues tratándose, como se trata, de una providencia especial dictada después de una sentencia definitiva, el recurso ha debido interponerse dentro del término de diez días, que señala el número 3 del artículo 295 del Código de Enjuiciamiento Civil, cuyo término ha vencido con exceso, a contar desde el 19 de agosto, en que se dictó la providencia recurrida, al 2 de septiembre, en que se interpuso el recurso.

Por las razones expuestas, procede desestimar el recurso de apelación interpuesto contra la orden apelada, de 19 de agosto del año próximo pasado.

*Desestimada.*

Jueces concurrentes: Sres. Asociados, MacLeary, Wolf, del Toro y Aldrey.